1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   WESTERN DISTRICT OF WASHINGTON
    AT TACOMA

10  RICARDO CAPELLO,

11              Plaintiff,                 CASE NO. C13-5275 BHS-JRC

12       v.                                ORDER

13  LESLIE SZIEBERT et al.,

14              Defendants.

15      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

16  Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

17  636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

18      An unserved defendant in this action, Howard Welsh, has sent two letters to the Court

19  (ECF No. 15 and 16). In an unsigned letter, Mr. Welsh offers support for plaintiff's position

20  regarding other defendants (ECF No. 15). In the second letter, Mr. Welsh asks for documents,

21  including a complete copy of the complaint, and a complete copy of plaintiff's medical record

22  (ECF No. 16). Mr. Welsh states that he will be representing himself in this action. *Id*.

23
24

ORDER - 1

1   The Court's attempt to serve Mr. Welsh at the Washington State Special Commitment
2   Center failed (ECF No. 9). The Court orders the Clerk's Office to send a service packet to Mr.
3   Welsh at the address listed in his May 7, 2013 filing (ECF No. 16).
4   The Court does not conduct business by letter. If he wishes the Court to take any action,
5   Mr. Welsh will have to file a motion that is properly noted and served on all parties who have
6   filed a notice of appearance Mr. Welsh's two letters will remain in the file, but the Court will
7   take no further action on those documents and the two letters will not otherwise be considered by
8   the Court.
9   Dated this 10th day of May, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2