UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICARDO CAPELLO,

              Plaintiff,

    v.

LESLIE SZIEBERT et al.,

              Defendant.

CASE NO. C13-5275 BHS-JRC

ORDER

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

      Pro se defendant, Howard Welsh, has submitted a letter asking the Clerk of Court to order the re-scheduling of his deposition (ECF No. 65). The Court does not conduct business by letter. Any request for Court action must be in the form of a motion properly noted and served on all parties. *See*, Fed. R. Civ. P. 7(b)(1). The Court orders that defendant's letter will remain in the file, but no action will be taken by the Court. All parties are reminded that the Court requires that the parties meet and confer regarding discovery issues before bringing matters of this nature

ORDER - 1

1 | before the Court.  *See*, Fed. R. Civ. P. 30(d)(3)(A) and (C) and Fed. R. Civ. P. 37(a)(5)

2 | (regarding costs to the prevailing party).

3

4 |       Dated this 18th day of December, 2013.

5

6 |                         J. Richard Creatura

7 |                         United States Magistrate Judge