UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICARDO CAPELLO,

             Plaintiff,

v.

LESLIE SZIEBERT, et al.,

             Defendants.

CASE NO. C13-5275BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 102. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court grants defendants Dixon's motion for summary judgment for the reasons set forth in the R&R.

Dated this 2nd day June, 2014.

                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER